**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7234

CARLOS ALBERTO GARCIA,

Plaintiff - Appellant,

v.

LT. JAMES BOWLES; LT. LIVELY; ACTIVE CAPTAIN, at that time; ACTIVE WARDEN, at that time; OFFICER BATES; OFFICER J. BLEDSOE; OFFICER J. HORNSBY; OFFICER N. STAPLETON; NURSE MEADE, R.N.; N. BLEDSOE; LYNN HORNSBY,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:20-cv-00629-JPJ-PMS)

Submitted:  February 21, 2023                    Decided:  February 24, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carlos Alberto Garcia, Appellant Pro Se.  Justin Michael Lugar, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Alberto Garcia appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garcia v. Bowles*, No. 7:20-cv-00629-JPJ-PMS (W.D Va. Sept. 6, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*